IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                          Case No.:1:01-CR-15-SPM/GRJ-1

WADE JAMES ODUM,

    Defendant.
_____/

## ORDER

Upon consideration, it is hereby **ORDERED AND ADJUDGED** that the Defendant's Motion (docs. 61, 62) to award credit for jail time served pursuant to related state charges is **DENIED**.

**DONE AND ORDERED** this tenth day of May, 2011.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                Chief United States District Judge